Max Balkind, Appellant, *v.* A. J. Nutting Corporation, Respondent, Impleaded with Another.

(Argued April 19, 1934; decided May 22, 1934.)

*Frederick Fenster* and *Arthur Weil* for appellant.

*Robert H. Wilson* and *James J. Milligan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs and Crouch, JJ.